RILEY A. CLAYTON
Nevada Bar No. 005260
rclayton@lawhjc.com
Kathy A. McCarthy, Esq.
Nevada Bar No. 011204
kmcarthy@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702)316-4114

*Attorneys for Defendant,*
*State Farm Mutual Automobile Ins. Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES HALL, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-2437-APG-VCF<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff, Charles Hall, by and through his attorneys of record, Farhan R. Naqvi, Esq., Elizabeth E. Coleman, Esq., and Paul G. Albright, Esq. of Naqvi Injury Law and Defendant, State Farm Mutual Automobile Insurance Company, by and through its attorneys of record, Riley A. Clayton, Esq., of Hall Jaffe & Clayton, LLP, that this matter be

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 12 day of ~~May~~ August, 2019.  DATED this 6 day of ~~May~~ August, 2019.

HALL JAFFE & CLAYTON, LLP              NAQVI INJURY LAW

_____           _____
Riley A. Clayton, Esq.                  Farhan R. Naqvi, Esq.
Nevada Bar No. 005260                   Nevada Bar No. 8589
Kathy A. McCarthy, Esq.                 Elizabeth E. Coleman, Esq.
Nevada Bar No. 011204                   Nevada Bar No. 12350
7425 Peak Drive                         Paul G. Albright, Esq.
Las Vegas, Nevada 89128                 Nevada Bar No. 14159
Attorneys for Defendant                 NAQVI INJURY LAW
                                        9500 W. Flamingo Road, Suite 104
                                        Las Vegas, NV 89147
                                        Attorneys for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. DISTRICT COURT JUDGE
Dated: August 12, 2019.